**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Eric Joseph Jaramillo,<br><br>        Defendant. | No. CR-22-02284-001-TUC-RM (MSA)<br><br>**ORDER** |

On July 17, 2023, Magistrate Judge Maria S. Aguilera issued a Report and Recommendation (Doc. 64) recommending that this Court deny Defendant Eric Joseph Jaramillo's Motion to Suppress (Doc. 50). No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The district judge must consider de novo any objection to the magistrate judge's recommendation"). Failure to object to the findings and recommendations of the magistrate judge "waives a party's right to review." Fed. R. Crim. P. 59(b)(2).

The Court has reviewed Magistrate Judge Aguilera's Report and Recommendation, the parties' briefs, and the record. The Court finds no error in Magistrate Judge Aguilera's Report and Recommendation, and Defendant has waived his right to review by failing to file objections.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 64) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress (Doc. 50) is **denied**.

Dated this 23rd day of August, 2023.

_____
Honorable Rosemary Márquez
United States District Judge